**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 17-41173-CJP |
| DONNA J. VENTURO | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

**ORDER ON MOTION FOR RELIEF FROM STAY**

The Motion for Relief from the Automatic Stay [#13] (the "Motion") of Federal National Mortgage Association c/o Seterus, Inc. (the "Movant") having come before the Court, due notice appearing to have been given, no objection thereto having been, and good cause appearing therefor, including the fact that the debtor has stated the intention to surrender the property that is the subject of the Motion, it is hereby ORDERED that the Movant, including its successors and assigns, is granted relief from the automatic stay provisions of 11 U.S.C. § 362 to allow it to exercise its rights under its mortgage to conduct a foreclosure sale with respect to the property located at 426 Amesbury Road, Haverhill, MA 01830, as more particularly described in the Motion, and apply the proceeds from any sale of such property to the debtor's loan balance secured by such mortgage, and, if necessary, bring eviction proceedings against the debtor, all in accordance with applicable state and federal law; and it is further ORDERED that the Movant shall provide the trustee and the debtor with an accounting regarding the sale within 30 days of the sale and all surplus funds after satisfaction of Movant's mortgage, if any, obtained by the movant shall be remitted to the trustee.

Entered this 2nd day of August, 2017.

By the Court,

Christopher J. Panos
United States Bankruptcy Judge